IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 11-10524 EAG

JOSE E CALIZ LUGO

Chapter 13

XXX-XX-3161

FILED & ENTERED ON 08/21/2012

Debtor(s)

### OPINION AND ORDER

Section 1307(b) gives a debtor an absolute right to dismissal under chapter 13 unless the case was previously converted.  11 U.S.C. § 1307(b).  While a debtor must file a motion to effect dismissal, it is not deemed a contested matter and is instead governed by the procedures of Fed. R. Bankr. P. 9013.  Fed. R. Bankr. P. 1017(f).  Therefore, while in this case an order granting dismissal was only entered on April 23, 2012 at [30], the motion could have been granted as soon as the court confirmed that the case was commenced under chapter 13. Indeed, the application for compensation filed by debtor's attorney on April 3, 2012 at [29 at ¶ 4] considered the case already dismissed.  In light of this, the court is not persuaded by the arguments by debtor's attorney that the notice of levy issued by ASUME on April 17, 2012 was entered in violation of the automatic stay.  Based on the foregoing, the court denies the objection by debtor's attorney to the trustee's disbursement of the funds in its possession to ASUME to cover a portion of debtor's domestic support obligation arrears.

SO ORDERED.

San Juan, Puerto Rico, this 21 day of August, 2012.

Edward A. Godoy
U.S. Bankruptcy Judge

C:    DEBTOR
      FRANCISCO I CERVONI HERNANDEZ
      JOSE RAMON CARRION MORALES
      ASUME